STEVEN G. KALAR
Federal Public Defender
RHONA TAYLOR
Assistant Federal Public Defender
55 South Market Street, Suite 820
San Jose, CA 95113
Telephone: (408) 291-7753
Email: Rhona_Taylor@fd.org

Counsel for Defendant FELDER

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 17-00342 BLF |
| Plaintiff, ) | STIPULATION AND ~~[PROPOSED]~~ |
| ) | ORDER CONTINUING STATUS |
| vs. ) | HEARING |
| ) | |
| CLARENCE DEMETRIUS FELDER, ) | |
| ) | |
| Defendant. ) | |

Defendant Clarence Demetrius Felder and the Government hereby stipulate and agree that the status conference currently set for Tuesday, August 7, 2018 at 9:00 a.m. should be continued to Tuesday, September 4, 2018 at 9:00 a.m. The reason for the requested continuance is that defense counsel was recently injured due to a complete rupture of her Achilles' tendon on July 4, 2018 and cannot physically attend the hearing, among other things. Defense counsel is in a no weight bearing boot and will have physical limitations for at least four to six weeks. In addition, defense counsel was unable to discuss follow up legal and factual case work in this matter with the defendant due to her injury. Defense counsel represents in this stipulated order that additional time is needed to confer with her client, research, investigate, consider options for resolution and effectively assist Mr. Felder in this matter.

The parties further agree and stipulate that time should be excluded from August 7, 2018, through and including September 4, 2018, to provide defense counsel further time to effectively prepare, for purposes of Speedy Trial Act computations pursuant to Title 18, United States Code,

*FELDER*, STIPULATION AND ~~[PROPOSED]~~ ORDER
CR 17-00342 BLF

Section 3161(h). Accordingly, defense counsel and the government agree that granting the requested exclusion of time will serve the interest of justice and the ends of justice outweigh the interest of the public and the defendant in a speedy trial.

IT IS SO STIPULATED.

STEVEN G. KALAR
Federal Public Defender

Dated: August 6, 2018

/s_____
Rhona Taylor
Assistant Federal Public Defender

UNITED STATES ATTORNEY

/s_____
Alex G. Tse
Acting United States Attorney

Dated: August 6, 2018

/s_____
Scott Simeon
Assistant United States Attorney

///

///

///

*FELDER*, STIPULATION AND [PROPOSED] ORDER
CR 17-00342 BLF

[PROPOSED] **ORDER**

GOOD CAUSE APPEARING, upon stipulation of the parties, IT IS HEREBY ORDERED that the status conference currently scheduled for Tuesday, August 7, 2018 at 9:00 a.m., shall be continued to Tuesday, September 4, 2018 at 9:00 a.m.

THE COURT FINDS that failing to exclude the time between August 7, 2018 and September 4, 2018 would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* 18 U.S.C. §3161(h)(7)(B)(iv).

THE COURT FURTHER FINDS that the ends of justice served by excluding the time between August 7, 2018 and September 4, 2018, from computation under the Speedy Trial Act outweigh the interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated: Aug 7, 2018

HON. BETH L. FREEMAN
United States District Judge

*FELDER*, STIPULATION AND [PROPOSED] ORDER
CR 17-00342 BLF